## A10A1182. BOYKINS v. THE STATE.
### (721 SE2d 639)

MIKELL, Chief Judge.

The Supreme Court granted certiorari in this case and, in *Boykins v. State*,[1] reversed the judgment of this Court. Therefore, we vacate our earlier opinion[2] and adopt the judgment of the Supreme Court as our own.

*Judgment reversed. Smith, P. J., and Adams, J., concur.*

### DECIDED DECEMBER 22, 2011.

*Lynn M. Kleinrock*, for appellant.

*Gwendolyn Keyes Fleming, District Attorney, William T. Kemp III, Daniel J. Quinn, Assistant District Attorneys*, for appellee.

---

[1] 290 Ga. 71 (717 SE2d 474) (2011).

[2] *Boykins v. State*, 307 Ga. App. 404 (705 SE2d 186) (2010).